# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D21-2321

_____

T.P.,

   Appellant,

   v.

DEPARTMENT OF CHILDREN AND
FAMILIES,

   Appellee.

_____

On appeal from the Circuit Court for Bay County.
Brantley S. Clark, Jr., Judge.

September 14, 2022

PER CURIAM.

   AFFIRMED.

JAY, M.K. THOMAS, and TANENBAUM, JJ., concur.

_____

***Not final until disposition of any timely and
authorized motion under Fla. R. App. P. 9.330 or
9.331.***

_____

T.P., pro se, Appellant.

Sarah J. Rumph, Children's Legal Services, Tallahassee; Sara Elizabeth Goldfarb, Statewide Director of Appeals, and Amanda V. Glass, Senior Attorney, Statewide Guardian ad Litem, Tallahassee, for Appellee.